| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | ISP | city | District | Province |
|---|---|---|---|---|---|---|---|
| 1 | 24.30.50.235 | µTorrent 3.2.3 | 03/23/2013 01:20:16 AM | Comcast Cable | Cumming | Georgia Northern | Forsyth |
| 2 | 98.252.158.117 | µTorrent 3.3.0 | 04/07/2013 07:35:08 AM | Comcast Cable | Douglasville | Georgia Northern | Douglas |
| 3 | 98.219.39.104 | BitTorrent 7.7. | 04/03/2013 12:14:19 AM | Comcast Cable | Covington | Georgia Northern | Newton |
| 4 | 68.32.76.109 | Vuze 4.9.0.0 | 04/01/2013 12:53:34 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 5 | 50.150.45.150 | BitTorrent 7.2. | 03/31/2013 02:24:03 AM | Comcast Cable | Peachtree City | Georgia Northern | Fayette |
| 6 | 66.168.196.85 | µTorrent Mac | 03/26/2013 04:16:27 AM | Charter Comm. | Gainesville | Georgia Northern | Hall |
| 7 | 75.139.148.190 | µTorrent 3.3.0 | 04/07/2013 10:25:52 PM | Charter Comm. | Duluth | Georgia Northern | Gwinnett |
| 8 | 24.30.107.217 | µTorrent 3.2.1 | 03/21/2013 03:56:31 AM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 9 | 76.97.188.132 | Vuze 4.8.1.2 | 03/20/2013 03:06:58 AM | Comcast Cable | Tucker | Georgia Northern | DeKalb |
| 10 | 71.199.167.165 | Transmission 2 | 03/18/2013 01:34:28 AM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 11 | 97.81.125.42 | µTorrent 3.1.3 | 03/14/2013 05:30:55 PM | Charter Comm. | Smyrna | Georgia Northern | Cobb |
| 12 | 76.97.123.221 | µTorrent 3.2.3 | 03/14/2013 01:58:30 AM | Comcast Cable | Kennesaw | Georgia Northern | Cobb |
| 13 | 71.59.4.115 | µTorrent Mac | 03/10/2013 05:48:27 PM | Comcast Cable | Duluth | Georgia Northern | Gwinnett |
| 14 | 98.252.210.24 | µTorrent 3.2.0 | 03/08/2013 02:13:13 AM | Comcast Cable | Jonesboro | Georgia Northern | Clayton |
| 15 | 98.251.49.230 | BitTorrent 7.8. | 03/05/2013 07:07:42 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 16 | 98.192.15.48 | -BA3300- | 03/04/2013 01:39:19 AM | Comcast Cable | Snellville | Georgia Northern | Gwinnett |
| 17 | 76.17.46.55 | BitTorrent 7.7. | 03/03/2013 08:50:52 PM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 18 | 98.230.190.95 | Transmission 2 | 03/02/2013 10:25:49 PM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 19 | 24.98.106.157 | Vuze 4.8.1.2 | 02/25/2013 03:51:32 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 20 | 24.126.193.120 | Deluge 1.3.5.0 | 02/22/2013 11:10:15 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 21 | 66.56.31.74 | µTorrent Mac | 02/19/2013 01:21:33 AM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 22 | 107.7.143.178 | µTorrent 3.2.3 | 02/18/2013 03:31:09 PM | ITC Deltacom | Atlanta | Georgia Northern | DeKalb |
| 23 | 24.126.239.110 | libtorrent (Ras | 02/18/2013 01:19:58 PM | Comcast Cable | Snellville | Georgia Northern | Gwinnett |
| 24 | 68.60.20.81 | µTorrent 3.3.0 | 02/17/2013 11:39:18 PM | Comcast Cable | Rossville | Georgia Northern | Walker |
| 25 | 24.30.88.210 | µTorrent 2.2.1 | 02/17/2013 06:29:45 PM | Comcast Cable | Braselton | Georgia Northern | Jackson |
| 26 | 66.56.23.234 | Vuze 4.8.1.2 | 02/17/2013 09:21:08 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 27 | 66.190.169.184 | µTorrent 3.2.3 | 02/17/2013 07:17:55 AM | Charter Comm. | Carrollton | Georgia Northern | Carroll |
| 28 | 71.236.4.142 | BitTorrent 7.0. | 02/17/2013 05:00:53 AM | Comcast Cable | Stone Mtn | Georgia Northern | DeKalb |
| 29 | 50.147.244.77 | Transmission 2 | 02/15/2013 11:29:18 PM | Comcast Cable | Loganville | Georgia Northern | Gwinnett |
| 30 | 24.99.32.38 | Vuze 4.8.1.2 | 02/14/2013 05:25:11 AM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 31 | 24.181.45.108 | µTorrent Mac | 02/13/2013 04:32:28 AM | Charter Comm. | Flowery Branc | Georgia Northern | Hall |
| 32 | 98.252.146.21 | Vuze 4.8.1.3 | 02/10/2013 09:56:24 AM | Comcast Cable | Conyers | Georgia Northern | Rockdale |
| 33 | 24.126.186.36 | Vuze 4.8.1.2 | 02/08/2013 08:17:29 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 34 | 76.17.46.248 | µTorrent 3.2.3 | 02/08/2013 07:05:34 PM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 35 | 76.105.83.14 | µTorrent 3.2.3 | 02/07/2013 09:48:11 PM | Comcast Cable | Clarkston | Georgia Northern | DeKalb |
| 36 | 67.161.224.254 | µTorrent 3.2.3 | 02/07/2013 09:23:04 PM | Comcast Cable | Rossville | Georgia Northern | Walker |
| 37 | 174.49.79.208 | µTorrent 3.0.0 | 02/07/2013 01:58:15 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 38 | 50.150.16.27 | BitTorrent 7.7. | 02/06/2013 03:09:26 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 39 | 72.15.122.91 | Vuze 4.8.1.2 | 02/05/2013 04:42:14 AM | NuLink | Tyrone | Georgia Northern | Fayette |
| 40 | 98.251.113.66 | µTorrent 3.2.2 | 02/04/2013 12:58:15 AM | Comcast Cable | Kennesaw | Georgia Northern | Cobb |
| 41 | 24.99.57.123 | µTorrent 3.2.3 | 01/31/2013 02:07:40 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 42 | 50.147.208.174 | BitTorrent 7.7. | 01/28/2013 12:52:55 PM | Comcast Cable | Conyers | Georgia Northern | Rockdale |
| 43 | 98.251.26.222 | µTorrent 3.2.3 | 01/28/2013 06:47:46 AM | Comcast Cable | Calhoun | Georgia Northern | Gordon |
| 44 | 98.251.82.38 | BitTorrent 7.6. | 01/28/2013 03:22:33 AM | Comcast Cable | Hiram | Georgia Northern | Paulding |
| 45 | 24.98.32.139 | Vuze 4.5.0.4 | 01/25/2013 03:21:30 AM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 46 | 69.180.55.140 | BitTorrent 7.7. | 01/23/2013 02:17:58 AM | Comcast Cable | Conyers | Georgia Northern | Rockdale |
| 47 | 50.150.14.21 | µTorrent 3.2.3 | 01/22/2013 06:01:15 PM | Comcast Cable | Mableton | Georgia Northern | Cobb |

| # | IP | Client | Date | Time | ISP | City | District | County |
|---|---|---|---|---|---|---|---|---|
| 48 | 76.17.101.202 | Vuze 4.7.2.0 | 01/22/2013 | 03:20:08 AM | Comcast Cable | Lawrenceville | Georgia Northern | Gwinnett |
| 49 | 75.138.89.200 | µTorrent 3.2.2 | 01/21/2013 | 06:47:22 PM | Charter Comm. | Mcdonough | Georgia Northern | Henry |
| 50 | 97.89.6.23 | µTorrent 3.2.3 | 01/21/2013 | 11:53:35 AM | Charter Comm. | Stockbridge | Georgia Northern | Henry |
| 51 | 98.251.16.198 | Vuze 4.8.1.3 | 01/20/2013 | 10:38:03 PM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 52 | 98.230.190.228 | BitComet 1.27 | 01/20/2013 | 09:28:55 PM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 53 | 76.122.122.48 | -UM15120 | 01/20/2013 | 02:45:49 PM | Comcast Cable | Duluth | Georgia Northern | Gwinnett |
| 54 | 68.184.88.10 | µTorrent 3.2.3 | 01/20/2013 | 12:20:34 AM | Charter Comm. | Smyrna | Georgia Northern | Cobb |
| 55 | 68.32.70.80 | BitTorrent 7.7. | 01/19/2013 | 06:05:41 PM | Comcast Cable | Carrollton | Georgia Northern | Carroll |
| 56 | 173.165.185.169 | µTorrent 3.2.3 | 01/18/2013 | 02:01:56 PM | Comcast Bus. Co | Tucker | Georgia Northern | DeKalb |
| 57 | 69.180.56.129 | µTorrent 3.2.3 | 01/18/2013 | 12:46:38 PM | Comcast Cable | Jonesboro | Georgia Northern | Clayton |
| 58 | 66.56.47.241 | Transmission 2 | 01/18/2013 | 04:58:54 AM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 59 | 174.49.113.88 | Deluge 1.2.0.0 | 01/17/2013 | 03:35:59 PM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 60 | 67.191.156.156 | µTorrent 3.2.3 | 01/16/2013 | 10:35:59 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 61 | 24.30.37.178 | µTorrent 3.2.3 | 01/15/2013 | 11:55:15 PM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 62 | 66.188.64.45 | Vuze 4.8.1.3 | 01/15/2013 | 10:12:52 PM | Charter Comm. | Stockbridge | Georgia Northern | Henry |
| 63 | 72.15.113.62 | µTorrent 3.2.3 | 01/15/2013 | 06:06:32 PM | NuLink | Newnan | Georgia Northern | Coweta |
| 64 | 98.252.132.217 | BitComet 1.31 | 01/15/2013 | 06:41:20 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 65 | 76.122.110.110 | µTorrent 3.2.1 | 01/15/2013 | 03:26:45 AM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 66 | 66.168.198.210 | µTorrent 3.1.3 | 01/15/2013 | 02:12:09 AM | Charter Comm. | Gainesville | Georgia Northern | Hall |
| 67 | 68.32.68.210 | Vuze 4.8.1.2 | 01/14/2013 | 05:23:49 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 68 | 24.98.245.159 | µTorrent Mac | 01/13/2013 | 12:58:17 PM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 69 | 96.38.228.66 | µTorrent 3.2.2 | 01/13/2013 | 02:20:12 AM | Charter Comm. | Auburn | Georgia Northern | Barrow |
| 70 | 24.99.63.113 | Transmission 2 | 01/12/2013 | 01:22:04 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 71 | 75.136.8.177 | Vuze 4.8.1.2 | 01/11/2013 | 06:02:23 PM | Charter Commu | Dalton | Georgia Northern | Whitfield |
| 72 | 24.99.249.158 | Transmission 2 | 01/11/2013 | 03:40:58 AM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 73 | 76.97.236.154 | BitTorrent 7.7. | 01/11/2013 | 02:25:18 AM | Comcast Cable | Conyers | Georgia Northern | Rockdale |
| 74 | 76.17.62.207 | µTorrent 3.2.3 | 01/11/2013 | 02:16:44 AM | Comcast Cable | Conyers | Georgia Northern | Rockdale |
| 75 | 72.18.98.145 | BitTorrent 7.0. | 01/11/2013 | 02:04:22 AM | Ellijay Telephone | Ellijay | Georgia Northern | Gilmer |
| 76 | 68.32.75.179 | BitTorrent 7.7. | 01/10/2013 | 09:36:54 PM | Comcast Cable | Acworth | Georgia Northern | Cobb |
| 77 | 76.123.125.171 | Vuze 4.5.0.4 | 01/10/2013 | 04:45:32 PM | Comcast Cable | Rossville | Georgia Northern | Walker |
| 78 | 173.200.135.113 | µTorrent 3.2.3 | 01/10/2013 | 04:16:33 AM | Cbeyond Comm | Atlanta | Georgia Northern | DeKalb |
| 79 | 68.119.57.96 | Transmission 2 | 01/09/2013 | 08:08:05 PM | Charter Comm. | Gainesville | Georgia Northern | Hall |
| 80 | 50.201.138.197 | BitTorrent 7.7. | 01/09/2013 | 06:32:50 AM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 81 | 50.150.16.184 | Vuze 4.8.0.0 | 01/09/2013 | 04:43:24 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |