## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-652-098

**Effective date of
registration:**

September 27, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | Killer Joe |
| **Nature of Work:** | Motion Picture |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |

## Author

| | |
|---|---|
| ■   **Author:** | Killer Joe Nevada, LLC |
| **Author Created:** | Author of Motion Picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Killer Joe Nevada, LLC |
| | 662 N. Crescent Heights Blvd., Los Angeles, CA, 90048 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Screenplay written by Tracy Letts |
| **Previous registration and year:** | PAU 3 526 531    2010 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | Motion picture based on screenplay written by Tracy Letts entitled "Killer Joe" |

## Certification

| | |
|---|---|
| **Name:** | Nicolas Chartier |
| **Date:** | September 22, 2011 |