IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KILLER JOE NEVADA, LLC,

    Plaintiff,

v.

DOE 1,

    Defendant.

CIVIL ACTION NO.
1:13-cv-1450-JEC

**ORDER**

The Court is in receipt of a Motion to Quash filed as to Does 1-81. The defendant who filed this motion needs to specify which John Doe he is. The Court cannot quash all 81 subpoenas based on the motion of one defendant.

In addition, the Court has dismissed Does 2-81 from this case. So, if defendant is one of these defendants, his motion will be granted immediately.

The Court notes that the defendant who filed this motion did not provide an address or any contact number. The Clerk shall file the motion as of the date of this Order. Defendant shall file a supplemental pleading indicating which John Doe he is by **August 16, 2013.**

SO ORDERED, this 19th day of July, 2013.

                                    /s/ Julie E. Carnes
                                    JULIE E. CARNES
                                    CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)