IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KILLER JOE NEVADA, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. |
| v. | ) | 1:13-cv-1450-JEC-JCF |
| | ) | |
| John Doe 1 | ) | |
| | ) | |
| Defendant | ) | |

## **ORDER**

This matter has been referred to the undersigned for consideration of movant's motion to quash (Doc. 9). The motion is purported to have been filed on behalf of Does 1-81. (Doc. 9). No objection to the motion has been filed. By Order of July 19, 2013, the District Judge ordered the party filing the motion to indicate which John Doe he is by August 16, 2013. (Doc. 10). The party filing the motion failed to comply. If the party filing the motion had revealed which John Doe he or she is, the motion could be granted. (*See* Doc. 8 (Order of July 16, 2013 granting motion to quash for John Doe 40)). As movant has failed to comply with this Court's Order, the motion to quash is **DENIED as moot.** *See Killer Joe Nevda, LLC v. John Does 1-81*, 1:13-mi-00084-JEC-JFK, Doc. 2, *filed* August 13, 2013 (stating, under similar circumstances, that failure of movant to identify

1

himself would result in motion to quash being denied as moot). The Clerk is **DIRECTED** to terminate the reference to the undersigned.

**SO ORDERED** this 27th day of August, 2013.

/s/ *J. CLAY FULLER*
J. CLAY FULLER
United States Magistrate Judge